UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEANDRE S. WASHINGTON,<br><br>　　Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, D/B/A ACCOUNT RESOLUTION SERVICES, LLC,<br><br>　　Defendant. | Case No. 1:22-cv-02919 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DEANDRE S. WASHINGTON ("Plaintiff") and HEALTHCARE REVENUE RECOVERY GROUP, LLC, D/B/A ACCOUNT RESOLUTION SERVICES, LLC ("Defendant") have reached a settlement and are in the process of consummating the settlement. The parties anticipate on filing a stipulation of dismissal in the next 30 days.

Dated: November 4, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DEANDRE S. WASHINGTON**

　　　　　　　　　　　　　　　　　　　　By: */s/ Marwan R. Daher*

　　　　　　　　　　　　　　　　　　　　Marwan R. Daher
　　　　　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP, LTD.
　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　(630) 575-8180
　　　　　　　　　　　　　　　　　　　　mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of Court on November 4, 2022 using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*