# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Deandres S. Washington

                                             Plaintiff,

v.                                                               Case No.: 1:22–cv–02919
                                                               Honorable Thomas M. Durkin

Healthcare Revenue Recovery Group, LLC

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: A notice of settlement has been filed. The telephonic status hearing set for 11/18/2022, and all pending deadlines are vacated. A status report is due by 12/7/2022, unless a stipulation of dismissal is filed before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.