**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEANDRE S. WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC, D/B/A ACCOUNT RESOLUTION SERVICES, LLC, <br><br> Defendant. | Case No. 1:22-cv-02919 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DEANDRE S. WASHINGTON, and the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC, through their respective counsel that the above-captioned action is dismissed, conditionally without prejudice to become with prejudice by January 06, 2023, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 7, 2022                                          Respectfully Submitted,

DEANDRE S. WASHINGTON

*/s/ Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mdaher@sulaimanlawcom
Counsel for Plaintiff

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, D/B/A ACCOUNT
RESOLUTION SERVICES, LLC

*/s/ Nabil G. Foster*
Nabil G. Foster – Attorney No. 6273877
Alyssa A. Johnson
BARRON & NEWBURGER, PC
53 W. Jackson Blvd. # 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq.
