# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Deandres S. Washington

                                 Plaintiff,

v.                                          Case No.: 1:22–cv–02919
                                          Honorable Thomas M. Durkin

Healthcare Revenue Recovery Group, LLC

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

       MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed. Pursuant to Federal Rule of Civil Procedure 41, this case is dismissed, conditionally without prejudice to become with prejudice by 1/6/2023, with each party to bear its own attorneys' fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.